IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | Criminal No.  05-10 ERIE |
| V | ) | |
| | ) | |
| PATRICK NELSON KISER | ) | |
|     Defendant. | ) | |

### NOTICE

TAKE NOTICE that the above-captioned defendant, is scheduled for a Change of Plea hearing on **Tuesday, August 8, 2005, at 9:00 a.m.** before the Honorable Sean J. McLaughlin, in Courtroom C, United States Courthouse, 17 South Park Row, Erie, Pennsylvania.

S/Nicole M. Kierzek
Nicole M. Kierzek
Deputy Clerk

cc: All counsel of record __nk____