IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | Criminal No. 05-10 Erie |
| PATRICK KISER, : | |
| Defendant | |

## MOTION TO CONTINUE CHANGE OF PLEA PROCEEDING

AND NOW, this 1ST day of August, 2005, comes the Defendant, Patrick Kiser, by and through counsel, Elliot J. Segel, Esquire, and respectfully requests that the time set for his Change of Plea hearing in this case be continued from August 2, 2005 until August 12, 2005 at 10:00 a.m. In support thereof, the Defendant states the following:

1. The Defendant has been charged in this Indictment with three felony offenses: arson, burglary and criminal conspiracy.

2. A Change of Plea proceeding has been scheduled before this Court for August 2, 2005.

3. In spite of good faith discussions between defense counsel and the Government, a plea agreement in the Defendant's case has not yet been finalized.

4. Defense counsel believes that a plea agreement between the Defendant and the Government in this case will be finalized, but that a brief period of additional time is needed for this purpose.

5. On August 1, 2005, undersigned counsel spoke with Assistant United States Attorney Christian Trabold, who as a result stated that the Government has no objection to the request contained in this Motion.

6. The Court has advised all parties that it is willing to schedule the Change of Plea proceeding for Friday, August 12, 2005 at 10:00 am.

7. The Defendant has been advised that he has a constitutional and statutory right to a speedy trial, and consents to waive those rights to the extent needed to obtain the relief requested herein.

WHEREFORE, the Defendant respectfully requests that the Change of Plea hearing currently scheduled for August 2, 2005 be continued until August 12, 2005 at 10:00 am.

Respectfully submitted,

Elliot J. Segel, Esq.
Counsel for Patrick Kiser
PA ID# 32018
818 State Street
Erie, PA  16501
(814) 454-1500

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Defendant's Motion to Continue Change of Plea Proceeding was hand delivered, this 1st day of August, 2005, to the following:

Christian Trabold, Esquire
Assistant United States Attorney
U.S. Federal Courthouse
Erie, Pennsylvania 16501

ELLIOT J. SEGEL, ESQUIRE
Attorney for Patrick Kiser