IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | Criminal No. 05-10 Erie |
| | : | |
| PATRICK KISER, | : | |
| Defendant | | |

### ORDER

AND NOW, this _____ day of August, 2005, upon consideration of the foregoing Motion, it is hereby ORDERED and DECREED that said Motion is GRANTED, and the time set for the Change of Plea hearing to be held in this matter is continued from August 2, 2005 until August 12, 2005 at 10:00 a.m. It is FURTHER ORDRED that the 10 day continuance period for this hearing shall be excluded under 18 U.S.C. section 3161 (h)(8), as this additional period is necessary for Defense counsel to finalize a plea agreement with the Government, and therefore the ends of justice served by this continuance outweigh the best interest of the public and the Defendant in a speedy trial.

_____
United States Magistrate Judge