**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.    )<br>)<br>PATRICK KISER    ) | Criminal No. 05-10E |

## O R D E R

AND NOW, this 1st day of August, 2005, upon consideration of the Defendant's Motion [36] to Continue Change of Plea Proceeding,

IT IS HEREBY ORDERED and DECREED that said Motion is GRANTED, and the time set for the Change of Plea hearing to be held in this matter is continued from August 2, 2005 until August 12, 2005 at 10:00 am. It is FURTHER ORDERED that the 10 day continuance period for this hearing shall be excluded under 18 U.S.C. § 3161(h)(8), as this additional period is necessary for defense counsel to finalize a plea agreement with the government, and therefore the ends of justice served by this continuance outweigh the best interest of the public and the Defendant in a speedy trial.

                                                                          s/ Sean J. McLaughlin
                                                                          United States District Judge

cc:    Christian Trabold, AUSA
          Elliot Segel, Esq.
          U.S. Probation Department
          U.S. Marshal Service