# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America                )
                                        )
                        Plaintiff       )
                                        )
        vs.                             ) No.  Criminal Action 05-10 Erie
                                        )
Patrick Kiser                           )
                                        )
                        Defendant       )

**HEARING ON** __Change of Plea__

Before Judge __Sean J. McLaughlin__

__Christian Trabold, AUSA__        __Elliot J. Segel, Esq.__

Appear for Plaintiff                Appear for Defendant

Hearing begun __8/12/05  10:00 am__    Hearing adjourned to _____

Hearing concluded C.A.V. __10:22 am__    Stenographer __Ron Bench__

**WITNESSES:**

For Plaintiff                For Defendant

__Defendant pleaded guilty to Count 2 of the Indictment. Sentencing set for 11/7/05 at 1:30 pm.__

__Plea agreement attached.__