IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                )
                                        )
             v.                         )  Criminal No. 05-10      Erie
                                        )
CHRISTOPHER JAMES BARR                  )  **(Under Seal)**
PATRICK NELSEN KISER                    )


### ARRAIGNMENT PLEA

Defendant Christopher James Barr

being arraigned, pleads _Not Guilty_

in open Court this __5th__ day of

__April__, 2005.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)


### ARRAIGNMENT PLEA

Defendant Patrick Nelsen Kiser

being arraigned, pleads _Not Guilty_

in open Court this __21st__ day of

__March__, 2005.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)


**AND NOW, the defendant in the above-entitled case hereby withdraws his plea of not guilty entered** __April 5__ **20** __05__**, and now pleads guilty in open court this** __1__ **day of** __August__ **20** __05__

_____
**Defendant**


**AND NOW, the defendant in the above-entitled case hereby withdraws his plea of not guilty entered** __March 21__ **20** __05__**, and now pleads guilty in open court this** __12th__ **day of** __August__ **20** __05__

_____
**Defendant**