IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | )   Criminal Number 05-10E-2 |
| | ) |
| Patrick Kiser | ) |

The above named defendant satisfied the judgment of November 07, 2005 by paying on November 21, 2005 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  11-23-05
Deputy Clerk                              Date